PIFP

Name: Paris Morton #7027775
Address: 330 S. Casino Center Blvd
City, State, Zip: Las Vegas, NV 89101
Phone: N/A
Email: worldofParisMorton@Gmail.com
Self-Represented

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
       COUNSEL/PARTIES OF RECORD

            FEB 15 2023

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

## DISTRICT COURT
## CLARK COUNTY, NEVADA

Paris Morton
Plaintiff,

vs.

Kiseana Gaines
Defendant.

CASE NO.: 2:23-cv-00243-CDS-NJK

DEPT: _____

## Application to Proceed in Forma Pauperis

I am unable to pay the costs of prosecuting or defending this action. I request permission to proceed without paying costs or fees pursuant to NRS 12.015 based on the following:

☐ **Public Assistance.** I receive federal and/or state public assistance benefits: (☒ *check all that you receive*)

    ☐ Medicaid / Nevada Check Up
    ☐ SNAP (food stamp assistance)
    ☐ TANF (temporary assistance for needy families)
    ☐ Low-income energy assistance
    ☐ Child care subsidy / Child Care & Development Fund assistance
    ☐ Public housing
    ☐ SSI (supplemental security income)
    ☐ Other federal and/or state public assistance: _____

*If you checked one of the above, you do not need to fill out the rest of this form. Sign and date page 3.*

☐ **Low income.** My household net income is equal to or below 150% of the federal poverty guidelines. *Fill out the information below.*

In my household there are _____ adults (over 18) and _____ children (under 18) for a total of  0  _____ people.

My monthly income (*all numbers should be after taxes are taken out*):

| | |
|---|---|
| Employment (include tip/overtime) | $ |
| Unemployment | $ |
| Retirement / Pension | $ |
| Social Security | $ |
| Child Support | $ |
| **YOUR TOTAL** | $ 0 |

For each adult in the home, list their name and net monthly income (*after taxes*):

| | |
|---|---|
| My total income (*your total from above*): | $ 0 |
| Adult's name: | $ |
| Adult's name: | $ |
| Adult's name: | $ |
| Adult's name: | $ |
| **HOUSEHOLD TOTAL** | $ 0 |

☐ **My basic expenses are more than my income.** *Fill out the charts below.*

My monthly income:

| | |
|---|---|
| Employment (include tip/overtime) | $ |
| Unemployment | $ |
| Retirement / Pension | $ |
| Social Security | $ |
| Child Support | $ |
| **TOTAL** | $ 0 |

My basic monthly expenses:

| | |
|---|---|
| Rent / Mortgage | $ |
| Utilities (electric, gas, water, phone, other utilities) | $ |
| Food | $ |
| Child care | $ |
| Medical expenses (health insurance, co-pays, out of pocket expenses) | $ |
| Transportation (bus fare, car, gas, insurance) | $ |
| **TOTAL** | $ 0 |

[X] **Other Compelling Reason.** Explain why you cannot pay the filing fee.

> Your Honor, I am an inmate at Clark County Detention Center, and I have been incarcerated for seven years. My financial support system is small, and my needs exceed my income. At the moment I am indigent, please, grant my application for proceeding in forma Pauperis. Thank You.

I understand that if approved, the order allowing me to proceed in forma pauperis will be valid for one year. I will have to file a new application to proceed in forma pauperis if I need filing fees and court costs waived after one year.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

DATED February 12, 2023.

Submitted By: (*Signature*) ▶ /s/ _____

Printed Name: Paris Morton

OIFP

Name: Paris Morton #7027775
Address: 330 S. Casino Center Blvd
City, State, Zip: Las Vegas, NV 89101
Phone: N/A
Email: worldofParisMorton@Gmail.com
Self-Represented

**DISTRICT COURT
CLARK COUNTY, NEVADA**

| | |
|---|---|
| Paris Morton<br>Plaintiff, | CASE NO.: _____ |
| vs. | DEPT: _____ |
| Kiseana Gaines<br>Defendant. | |

**Order to Proceed in Forma Pauperis**

Upon consideration of the movant's Application to Proceed in Forma Pauperis, the Court finds that the movant may proceed as an indigent litigant.

**IT IS HEREBY ORDERED** that *(name)* Paris Morton shall be permitted to proceed in forma pauperis with this action pursuant to the terms of this Order.

**IT IS FURTHER ORDERED** that if the above-named party prevails in this action, the Court shall enter an order pursuant to NRS 12.015 requiring the opposing party to pay the Court, within five (5) days, the costs which would have been incurred by the prevailing party, and those costs must then be paid as provided by law.

**IT IS FURTHER ORDERED** that the above-named party shall be permitted to commence or defend the action without costs. The Clerk of Court shall file or issue any necessary writ, process, pleading, or paper without charge.

**IT IS FURTHER ORDERED** that the Sheriff or other appropriate officer within this State shall make personal service of any necessary writ, pleading, or paper without charge.

**IT IS FURTHER ORDERED** that this Order shall not apply to costs for transcripts or recordings of court proceedings. A separate application and order shall be required to waive any such fees.

**IT IS FURTHER ORDERED** that this Order shall expire one year from the date the Order is filed. The party shall be required to reapply for any further waiver after this Order expires.

_____
JUDGE

Respectfully Submitted:
(Signature) /s/ _____
(Printed Name) _Daris Morton_____

| 12/30/2022 09:15:55 | LAS VEGAS METROPOLITAN POLICE DEPARTMENT | PAGE: 01 OF 05 |
|---|---|---|
| K14510L | CLARK COUNTY DETENTION CENTER | OTRTASTA |
| | | 11.2.1.0 |

**TRUST ACCOUNT STATEMENT**
**FROM: 07/01/2022 TO: 12/30/2022**

| ID#: | 0007027775 | NAME: | MORTON, PARIS PARADISE | [DOB]: | 02/14/1991 |
|---|---|---|---|---|---|
| [FACILITY]: | LVMPD-NT-3B-02-L | | | | |

| ACCOUNT BALANCES TOTAL ($): | 0.00 | CURRENT ($): | 0.00 | HOLD ($): | 0.00 |
|---|---|---|---|---|---|

### SUB-ACCOUNT BALANCES

| SUB ACCOUNT | START BALANCE ($) | END BALANCE ($) |
|---|---|---|
| SPENDABLE | 0.00 | 0.00 |

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING ($) | AMOUNT PAID ($) | WRITE OFF AMT ($) |
|---|---|---|---|---|---|
| MCOPO | MEDICAL CO-PAY OBLIGATION | 06152021 | 0.00 | 36.58 | 0.00 |
| RCORO | CORRESPONDENCE RECORDS OBLIGATION | 12132021 | 0.52 | 21.12 | 0.00 |
| LPOSO | LEGAL POSTAGE OBLIGATION | 11152021 | 3.84 | 28.39 | 0.00 |
| WEL | WELFARE ITEMS | 03272022 | 0.00 | 16.61 | 0.00 |
| LCOPO | LEGAL COPIES | 11102022 | 3.75 | 10.41 | 0.00 |

### SUB-ACCOUNT TRANSACTIONS

**SPENDABLE**

| DATE | BKG# | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT($) | BALANCE ($) |
|---|---|---|---|---|---|
| 07/05/2022 | 2100010568 | LPOSO | Legal Postage Obligation | 1.16 | 1.16 |
| 07/05/2022 | 2100010568 | LPOS | LEGAL POSTAGE/M: SECRETARY OF STATE | <1.16> | 0.00 |
| 07/06/2022 | 2100010568 | WEL | Welfare Obligation | 5.39 | 5.39 |
| 07/06/2022 | 2100010568 | ALS | INDIGENT SALE | <5.39> | 0.00 |
| 07/12/2022 | 2100010568 | HOR | Remove Hold | 100.00 | 100.00 |
| 07/12/2022 | 2100010568 | IPA | INMATE PHONE ACCOUNT | <30.00> | 70.00 |
| 07/13/2022 | 2100010568 | DED | Deduction-WEL-03272022 D D | <5.39> | 64.61 |
| 07/13/2022 | 2100010568 | DED | Deduction-MCOPO-06152021 D D | <10.89> | 53.72 |
| 07/13/2022 | 2100010568 | DED | Deduction-LPOSO-11152021 D D | <1.16> | 52.56 |
| 07/13/2022 | 2100010568 | CRS | COMMISSARY SALE | <33.06> | 19.50 |
| 07/13/2022 | 2100010568 | CRS | COMMISSARY SALE | <3.74> | 15.76 |
| 07/17/2022 | 2100010568 | TL_TXN | LOBBY KIOSK DEPOSIT : TXN_TRACE 91740400 | 51.05 | 66.81 |
| 07/19/2022 | 2100010568 | CKPO | CHECK PAID OUT/NATIONAL WRITERS ASSOC | <10.00> | 56.81 |
| 07/19/2022 | 2100010568 | CKPO | CHECK PAID OUT/THE INMATE CONNECTION | <15.00> | 41.81 |
| 07/20/2022 | 2100010568 | CRS | COMMISSARY SALE | <8.17> | 33.64 |
| 07/20/2022 | 2100010568 | CRS | COMMISSARY SALE | <1.30> | 32.34 |
| 07/26/2022 | 2100010568 | IPA | INMATE PHONE ACCOUNT | <20.00> | 12.34 |
| 07/26/2022 | 2100010568 | LCOP | LEGAL COPIES | <1.50> | 10.84 |
| 07/26/2022 | 2100010568 | MCOP | MEDICAL CO-PAY | <5.00> | 5.84 |

```
12/30/2022 09:15:55        LAS VEGAS METROPOLITAN POLICE DEPARTMENT        PAGE:  02 OF 05
K14510L                         CLARK COUNTY DETENTION CENTER                     OTRTASTA
                                                                                  11.2.1.0
```

## TRUST ACCOUNT STATEMENT
### FROM : 07/01/2022 TO : 12/30/2022

| ID#: | 0007027775 | NAME: | MORTON, PARIS PARADISE | [DOB]: | 02/14/1991 |
|---|---|---|---|---|---|
| [FACILITY]: | LVMPD-NT-3B-02-L | | | | |

| ACCOUNT BALANCES TOTAL ($): | 0.00 | CURRENT ($): | 0.00 | HOLD ($): | 0.00 |
|---|---|---|---|---|---|

### SUB-ACCOUNT TRANSACTIONS

**SPENDABLE**

| DATE | BKG# | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT($) | BALANCE ($) |
|---|---|---|---|---|---|
| 07/26/2022 | 2100010568 | LPOSO | Legal Postage Obligation | 3.41 | 9.25 |
| 07/26/2022 | 2100010568 | LPOS | LEGAL POSTAGE/M:PDO | <9.25> | 0.00 |
| 07/26/2022 | 2100010568 | LPOSO | Legal Postage Obligation | 8.70 | 8.70 |
| 07/26/2022 | 2100010568 | LPOS | LEGAL POSTAGE/M:PDO | <8.70> | 0.00 |
| 07/26/2022 | 2100010568 | LPOSO | Legal Postage Obligation | 3.60 | 3.60 |
| 07/26/2022 | 2100010568 | LPOS | LEGAL POSTAGE/M:PDO | <3.60> | 0.00 |
| 07/26/2022 | 2100010568 | LPOSO | Legal Postage Obligation | 3.36 | 3.36 |
| 07/26/2022 | 2100010568 | LPOS | LEGAL POSTAGE/M:PDO | <3.36> | 0.00 |
| 08/05/2022 | 2100010568 | LPOSO | Legal Postage Obligation | 4.08 | 4.08 |
| 08/05/2022 | 2100010568 | LPOS | LEGAL POSTAGE/M:D.MARTIROSYAN, PDO | <4.08> | 0.00 |
| 08/09/2022 | 2100010568 | MRCK | CHECK/10-DAY HOLD/CK #19419541236 | 15.00 | 15.00 |
| 08/09/2022 | 2100010568 | MRCK | CHECK/10-DAY HOLD/CK #28054621045 | 100.00 | 115.00 |
| 08/09/2022 | 1700135275 | HOA | 10-DAY HOLD EXP 08/23/22 | <15.00> | 100.00 |
| 08/09/2022 | 1700135275 | HOA | 10-DAY HOLD EXP 08/23/22 | <100.00> | 0.00 |
| 08/17/2022 | 2100010568 | MRCK | CHECK/10-DAY HOLD/MO #1401028845 | 10.00 | 10.00 |
| 08/17/2022 | 1700135275 | HOA | 10-DAY HOLD EXP 08-31-2022 | <10.00> | 0.00 |
| 08/23/2022 | 1700135275 | HOR | Remove Hold | 15.00 | 15.00 |
| 08/23/2022 | 1700135275 | HOR | Remove Hold | 100.00 | 115.00 |
| 08/23/2022 | 2100010568 | DED | Deduction-LPOSO-11152021 D D | <23.15> | 91.85 |
| 08/23/2022 | 2100010568 | IPA | INMATE PHONE ACCOUNT | <20.00> | 71.85 |
| 08/24/2022 | 2100010568 | CRS | COMMISSARY SALE | <15.40> | 56.45 |
| 08/24/2022 | 2100010568 | CRS | COMMISSARY SALE | <8.16> | 48.29 |
| 08/29/2022 | 2100010568 | IPA | INMATE PHONE ACCOUNT | <8.00> | 40.29 |
| 08/31/2022 | 1700135275 | HOR | Remove Hold | 10.00 | 50.29 |
| 08/31/2022 | 2100010568 | MRCK | CHECK/10-DAY HOLD/MO#19-419543560 | 20.00 | 70.29 |
| 08/31/2022 | 1700135275 | HOA | 10-DAY HOLD EXP 09-15-22 | <20.00> | 50.29 |
| 08/31/2022 | 2100010568 | CKPO | CHECK PAID OUT/NATIONAL WRITERS ASSOC. | <5.00> | 45.29 |
| 08/31/2022 | 2100010568 | CKPO | CHECK PAID OUT/EPS LLC | <35.00> | 10.29 |
| 09/01/2022 | 2100010568 | IPA | INMATE PHONE ACCOUNT | <10.00> | 0.29 |

| 12/30/2022 09:15:55 | LAS VEGAS METROPOLITAN POLICE DEPARTMENT | PAGE: 03 OF 05 |
|---|---|---|
| K14510L | CLARK COUNTY DETENTION CENTER | OTRTASTA |
| | | 11.2.1.0 |

## TRUST ACCOUNT STATEMENT
### FROM: 07/01/2022 TO: 12/30/2022

| ID#: | 0007027775 | NAME: | MORTON, PARIS PARADISE | [DOB]: | 02/14/1991 |
|---|---|---|---|---|---|

[FACILITY]: LVMPD-NT-3B-02-L

| ACCOUNT BALANCES TOTAL ($): | 0.00 | CURRENT ($): | 0.00 | HOLD ($): | 0.00 |
|---|---|---|---|---|---|

### SUB-ACCOUNT TRANSACTIONS
### SPENDABLE

| DATE | BKG# | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT($) | BALANCE ($) |
|---|---|---|---|---|---|
| 09/08/2022 | 2100010568 | TI_TXN | IVR DEPOSIT : TXN_TRACE 96087090 | 200.00 | 200.29 |
| 09/09/2022 | 2100010568 | IPA | INMATE PHONE ACCOUNT | <20.00> | 180.29 |
| 09/09/2022 | 2100010568 | MCOP | MEDICAL CO-PAY | <3.00> | 177.29 |
| 09/11/2022 | 2100010568 | CRS | COMMISSARY SALE | <15.34> | 161.95 |
| 09/11/2022 | 2100010568 | CRS | COMMISSARY SALE | <11.68> | 150.27 |
| 09/12/2022 | 2100010568 | LPOS | LEGAL POSTAGE/M:IRS, CINCINNATI OH | <1.20> | 149.07 |
| 09/13/2022 | 2100010568 | CKPO | CHECK PAID OUT/FREEBIRD PUBLISHERS | <38.99> | 110.08 |
| 09/14/2022 | 2100010568 | CRS | COMMISSARY SALE | <29.84> | 80.24 |
| 09/15/2022 | 1700135275 | HOR | Remove Hold | 20.00 | 100.24 |
| 09/16/2022 | 2100010568 | CKPO | CHECK PAID OUT/NATIONAL WRITERS ASSOC. | <20.00> | 80.24 |
| 09/16/2022 | 2100010568 | MRCK | CHECK/10-DAY HOLD/CK #19434945113 | 50.00 | 130.24 |
| 09/16/2022 | 1700135275 | HOA | 10-DAY HOLD EXP 09/30/22 | <50.00> | 80.24 |
| 09/27/2022 | 2100010568 | IPA | INMATE PHONE ACCOUNT | <20.00> | 60.24 |
| 09/30/2022 | 1700135275 | HOR | Remove Hold | 50.00 | 110.24 |
| 10/02/2022 | 2100010568 | CRS | COMMISSARY SALE | <9.96> | 100.28 |
| 10/04/2022 | 2100010568 | LPOS | LEGAL POSTAGE/M:W.SCHMIDT, ATTY, FRESNO | <1.20> | 99.08 |
| 10/04/2022 | 2100010568 | LPOS | LEGAL POSTAGE/M:POMPONIO INJURY LAW | <1.20> | 97.88 |
| 10/06/2022 | 2100010568 | CKPO | CHECK PAID OUT/THE INMATE CONNECTION | <97.88> | 0.00 |
| 10/07/2022 | 2100010568 | TI_TXN | IVR DEPOSIT : TXN_TRACE 98318208 | 65.00 | 65.00 |
| 10/12/2022 | 2100010568 | CKPO | CHECK PAID OUT/THE INMATE CONNECTION | <50.00> | 15.00 |
| 10/12/2022 | 2100010568 | CRS | COMMISSARY SALE | <5.07> | 9.93 |
| 10/13/2022 | 2100010568 | IPA | INMATE PHONE ACCOUNT | <9.90> | 0.03 |
| 11/08/2022 | 2100010568 | CKPO | REV GJ#5371217 CHECK PAID OUT/FREEBIRD P | 2.00 | 2.03 |
| 11/09/2022 | 2100010568 | IPA | INMATE PHONE ACCOUNT | <2.00> | 0.03 |
| 11/10/2022 | 2100010568 | LCOPO | Legal Copy Obligation | 0.22 | 0.25 |
| 11/10/2022 | 2100010568 | LCOP | LEGAL COPIES | <0.25> | 0.00 |
| 11/10/2022 | 2100010568 | MCOPO | Medical Co-Pay Obligation | 3.00 | 3.00 |
| 11/10/2022 | 2100010568 | MCOP | MEDICAL CO-PAY | <3.00> | 0.00 |
| 11/14/2022 | 2100010568 | MRCK | CHECK/10-DAY HOLD/CK #19432790775 | 20.00 | 20.00 |

| 12/30/2022 09:15:55 | LAS VEGAS METROPOLITAN POLICE DEPARTMENT | PAGE : 04 OF 05 |
|---|---|---|
| K14510L | CLARK COUNTY DETENTION CENTER | OTRTASTA |
| | | 11.2.1.0 |

**TRUST ACCOUNT STATEMENT**
**FROM : 07/01/2022 TO : 12/30/2022**

| ID#: | 0007027775 | NAME: | MORTON, PARIS PARADISE | [DOB]: | 02/14/1991 |
|---|---|---|---|---|---|
| [FACILITY]: | LVMPD-NT-3B-02-L | | | | |

ACCOUNT BALANCES TOTAL ($):   0.00   CURRENT ($):   0.00   HOLD ($):   0.00

## SUB-ACCOUNT TRANSACTIONS

### SPENDABLE

| DATE | BKG# | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT($) | BALANCE ($) |
|---|---|---|---|---|---|
| 11/14/2022 | 1700135275 | HOA | 10-DAY HOLD EXP 11-30-22 | <20.00> | 0.00 |
| 11/14/2022 | 2100010568 | MCOPO | Medical Co-Pay Obligation | 3.00 | 3.00 |
| 11/14/2022 | 2100010568 | MCOP | MEDICAL CO-PAY | <3.00> | 0.00 |
| 11/21/2022 | 2100010568 | TW_TXN | ON-LINE DEPOSIT : TXN_TRACE 101748600 | 100.00 | 100.00 |
| 11/21/2022 | 2100010568 | DED | Deduction-MCOPO-06152021 D D | <6.00> | 94.00 |
| 11/21/2022 | 2100010568 | DED | Deduction-LCOPO-11102022 D D | <0.22> | 93.78 |
| 11/23/2022 | 2100010568 | IPA | INMATE PHONE ACCOUNT | <13.00> | 80.78 |
| 11/24/2022 | 2100010568 | CRS | COMMISSARY SALE | <20.65> | 60.13 |
| 11/25/2022 | 2100010568 | CRS | COMMISSARY SALE | <9.94> | 50.19 |
| 11/28/2022 | 2100010568 | CKPO | CHECK PAID OUT / THE INMATE CONNECTION | <50.00> | 0.19 |
| 11/30/2022 | 1700135275 | HOR | Remove Hold | 20.00 | 20.19 |
| 11/30/2022 | 2100010568 | IPA | INMATE PHONE ACCOUNT | <15.00> | 5.19 |
| 11/30/2022 | 2100010568 | CRS | COMMISSARY SALE | <4.88> | 0.31 |
| 12/06/2022 | 2100010568 | LCOPO | Legal Copy Obligation | 5.94 | 6.25 |
| 12/06/2022 | 2100010568 | LCOP | LEGAL COPIES | <6.25> | 0.00 |
| 12/07/2022 | 2100010568 | LCOPO | Legal Copy Obligation | 1.50 | 1.50 |
| 12/07/2022 | 2100010568 | LCOP | LEGAL COPIES | <1.50> | 0.00 |
| 12/07/2022 | 2100010568 | RCORO | Inmate Records Copies Obligation | 8.00 | 8.00 |
| 12/07/2022 | 2100010568 | RCOR | INMATE RECORDS COPIES | <8.00> | 0.00 |
| 12/09/2022 | 2100010568 | RCORO | Inmate Records Copies Obligation | 1.00 | 1.00 |
| 12/09/2022 | 2100010568 | RCOR | INMATE RECORDS COPIES | <1.00> | 0.00 |
| 12/11/2022 | 2100010568 | WEL | Welfare Obligation | 6.79 | 6.79 |
| 12/11/2022 | 2100010568 | ALS | INDIGENT SALE | <6.79> | 0.00 |
| 12/14/2022 | 2100010568 | LCOPO | Legal Copy Obligation | 2.75 | 2.75 |
| 12/14/2022 | 2100010568 | LCOP | LEGAL COPIES | <2.75> | 0.00 |
| 12/19/2022 | 2100010568 | TI_TXN | IVR DEPOSIT : TXN_TRACE 103961014 | 80.00 | 80.00 |
| 12/19/2022 | 2100010568 | DED | Deduction-WEL-03272022 D D | <6.79> | 73.21 |
| 12/19/2022 | 2100010568 | DED | Deduction-RCORO-12132021 D D | <9.00> | 64.21 |
| 12/19/2022 | 2100010568 | DED | Deduction-LCOPO-11102022 D D | <10.19> | 54.02 |

| 12/30/2022 09:22:42 | LAS VEGAS METROPOLITAN POLICE DEPARTMENT | PAGE: 05 OF 05 |
|---|---|---|
| K14510L | CLARK COUNTY DETENTION CENTER | OTRTASTA |
| | | 11.2.1.0 |

**TRUST ACCOUNT STATEMENT**
**FROM : 07/01/2022 TO : 12/30/2022**

| ID#: | 0007027775 | NAME: | MORTON, PARIS PARADISE | [DOB]: | 02/14/1991 |
|---|---|---|---|---|---|
| [FACILITY]: | LVMPD-NT-3B-02-L | | | | |

| ACCOUNT BALANCES TOTAL ($): | 0.00 | CURRENT ($): | 0.00 | HOLD ($): | 0.00 |

**SUB-ACCOUNT TRANSACTIONS**

**SPENDABLE**

| DATE | BKG# | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT($) | BALANCE ($) |
|---|---|---|---|---|---|
| 12/19/2022 | 2100010568 | RCOR | INMATE RECORDS COPIES/IA | <1.00> | 53.02 |
| 12/19/2022 | 2100010568 | CRS | COMMISSARY SALE | <43.21> | 9.81 |
| 12/20/2022 | 2100010568 | IPA | INMATE PHONE ACCOUNT | <9.50> | 0.31 |
| 12/20/2022 | 2100010568 | RCORO | Inmate Records Copies Obligation | 8.69 | 9.00 |
| 12/20/2022 | 2100010568 | RCOR | INMATE RECORDS COPIES | <9.00> | 0.00 |
| 12/21/2022 | 2100010568 | CEC | COMMISSARY SALE REFUND | 8.17 | 8.17 |
| 12/21/2022 | 2100010568 | DED | Deduction-RCORO-12132021 D D | <8.17> | 0.00 |
| 12/27/2022 | 2100010568 | LPOSO | Legal Postage Obligation | 3.84 | 3.84 |
| 12/27/2022 | 2100010568 | LPOS | LEGAL POSTAGE/M: PDO D.MARTIROSYAN | <3.84> | 0.00 |
| 12/27/2022 | 2100010568 | LCOPO | Legal Copy Obligation | 3.75 | 3.75 |
| 12/27/2022 | 2100010568 | LCOP | LEGAL COPIES | <3.75> | 0.00 |
| 12/30/2022 | 2100010568 | RCORO | Inmate Records Copies Obligation | 2.00 | 2.00 |
| 12/30/2022 | 2100010568 | RCOR | INMATE RECORDS COPIES | <2.00> | 0.00 |
| 12/30/2022 | 2100010568 | RCOR | REV GL#5624575 SEQ#2/ERR DESCRIPTION | 2.00 | 2.00 |
| 12/30/2022 | 2100010568 | RCORO | REV GL#5624575 SEQ#1/ERR DESCRIPTION | <2.00> | 0.00 |
| 12/30/2022 | 2100010568 | RCORO | Inmate Records Copies Obligation | 2.00 | 2.00 |
| 12/30/2022 | 2100010568 | RCOR | INMATE RECORDS COPIES/IA | <2.00> | 0.00 |