AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Paris Morton,

                Plaintiff,

   v.

Kiseana Gaines,

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00243-CDS-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Magistrate Judge Koppe's Report and Recommendation [ECF No. 10] is ADOPTED in its entirety. This case is dismissed with prejudice. The Clerk of Court is instructed to enter judgment accordingly and CLOSE THIS CASE.

08/18/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ R. Gador  
Deputy Clerk