**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Paris Morton,

Plaintiff(s),

v.

Kiseana Gaines,

Defendant(s).

Case No. 2:23-cv-00243-CDS-NJK

**Order**

[Docket Nos. 14, 16]

Pending before the Court is Plaintiff's motion to refund fees.[1] Docket No. 16. On March 6, 2023, the Court ordered Plaintiff to pay a filing fee of $402, which included a $350 filing fee and a $52 administrative fee. Docket No. 6. Plaintiff paid in full. Plaintiff requests either a full refund of $402, or a partial refund of the $52 administrative fee. Docket No. 16. The motion is properly resolved without a hearing. *See* Local Rule 78-1.

When the Court grants an inmate's motion for *in forma pauperis*, installment payments of the $350 filing fee are required, but payment of the $52 administrative fee is not.[2] 28 U.S.C. § 1915(b); *see also Graham v. Cnty. of Nye*, 2026 U.S. Dist. LEXIS 20853, *2. Thus, the Court finds it appropriate to return the $52 administrative fee to Plaintiff.

Accordingly, the Court **GRANTS** the motion to refund the $52 administrative fee. Docket No. 16. The Clerk's Office is **INSTRUCTED** to return to Plaintiff the $52 administrative fee.

[1] The Court liberally construes the filings of *pro se* litigants. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

[2] The Court notes that the administrative fee was $52 when the Court ordered payment of $402. Docket No. 6. The current administrative fee is now $55. The Court refers to the administrative fee as $52 throughout this order to avoid confusion.

Plaintiff filed duplicative motions to refund fees on August 13, 2026, and September 11, 2026. Docket Nos. 14, 16. The Court **DENIES** the first motion as moot in light of the second duplicative motion. Docket No. 14.

IT IS SO ORDERED.

Dated: September 15, 2026

______________________________
Nancy J. Koppe
United States Magistrate Judge